**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID ANTONIO and CYNTHIA ANTONIO, husband and wife,<br><br>  Plaintiffs,<br><br>  v.<br><br>WPX ENERGY, INC., MBI ENERGY LOGISTICS, LLC, and CONSOLIDATED RESOURCES, LLC,<br><br>  Defendants. | CIVIL ACTION NO. 3:CV-13-2310<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 16th day of September, 2013, **IT IS HEREBY ORDERED** that Plaintiffs are given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiffs fail to do so, the action will be dismissed.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge